# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4775
_____

GIOVANNI VELEZ,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

May 11, 2018

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Giovanni Velez, pro se, Appellant.

Kenneth S. Steely, General Counsel, Pamela Jo Bondi, Attorney General, and Kristen Jennifer Lonergan, Assistant Attorney General, Tallahassee, for Appellee.